[See Case No. 6,772.]

## Case No. 6,774.

### HOWE v. SHUMAWAY.

[Cited in Coy v. Perkins, 13 Fed. 112. No where reported; opinion not now accessible.]